Clark Garen SBN 50564
clarkgaren@msn.com
Rachel Zwernemann SBN 286515
rzwernemann@pcc-crs.com
LAW OFFICES OF CLARK GAREN
(salaried employees of The Best Service Co. Inc.)
6700 S. Centinela Ave., Third Floor
Culver City, CA 90230
PHONE - (310) 391-0800; FAX - (310)-636-4771

Attorney for Creditor,
THE BEST SERVICE CO., INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>　　　EMILY ANN BAYLEY,<br><br>　　　　　Debtor.<br>_____<br><br>THE BEST SERVICE CO., INC.,<br><br>　　　　　Appellant,<br><br>vs.<br><br>EMILY ANN BAYLEY,<br><br>　　　　　Appellee.<br>_____ | District Court Case No.: 2:14-cv-07799-BRO<br><br>Bankruptcy Court Case No.: 1:14-BK-10868-VK<br><br>DECLARATION OF RACHEL ZWERNEMANN IN RESPONSE TO ORDER TO SHOW CAUSE RE: BANKRUPTCY APPEAL<br><br>Before: Judge Beverly Reid O'Connell<br><br>OSC Date: December 19, 2014 & December 29, 2014 |

Declaration of Rachel Zwernemann in Response to Order to Show Cause Re:
Bankruptcy Appeal

## DECLARATION OF RACHEL ZWERNEMANN IN RESPONSE TO

## ORDER TO SHOW CAUSE RE: BANKRUPTCY APPEAL

I, Rachel Zwernemann, declare:

1.      I am an attorney duly licensed to practice in all of the courts of the State of California and I am the Assistant General Counsel to Appellant The Best Service Co., Inc. and a member of the Law Offices of Clark Garen (salaried employees of The Best Service Co., Inc.), attorneys of record for Appellant herein. The facts set forth below are of my own personal knowledge and if sworn I could and would testify competently thereto.

2.      On October 2, 2014 and pursuant to Federal Rule of Bankruptcy Procedure 8002(a), I timely filed the Notice of Appeal of the September 23, 2014 Order on Motion for Intentional Violation of the Automatic Stay Against The Best Service Co., Inc. on behalf of Appellant in the case 1:14-bk-10868-VK with the Bankruptcy Court.  Attached hereto as Exhibit 1 is a true and correct copy of the Notice of Appeal filed on October 2, 2014.

3.      Also on October 2, 2014 and pursuant to Fed. R. Bank. Proc. 8001(e), I timely filed Appellant's Separate Statement of Election to have the United States District Court hear the appeal in the case 1:14-bk-10868-VK with the Bankruptcy Court.  Attached hereto as Exhibit 2 is a true and correct copy of the Separate Statement of Election filed on October 2, 2014.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    4.     On October 15, 2014 (13 days after October 2, 2014) and pursuant to Fed. R. Bank. Proc. 8006, I timely filed Appellant's Designation of the Record on Appeal in the case 1:14-bk-10868-VK, referencing the District Court Case No. 2:14-cv-07799, with the Bankruptcy Court. Attached hereto as Exhibit 3 is a true and correct copy of Appellant's Designation of the Record on Appeal filed on October 15, 2014.

    5.     Also on October 15, 2014 (13 days after October 2, 2014) and pursuant to Fed. R. Bank. Proc. 8006, I timely filed Appellant's Statement of Issues on Appeal in the case 1:14-bk-10868-VK, referencing the District Court Case No. 2:14-cv-07799, with the Bankruptcy Court.  Attached hereto as Exhibit 4 is a true and correct copy of the Statement of Issues on Appeal filed on October 15, 2014.

    6.     Additionally on October 15, 2014 (13 days after October 2, 2014), I timely filed Appellant's Notice of Transcripts in the case 1:14-bk-10868-VK, referencing the District Court Case No. 2:14-cv-07799, with the Bankruptcy Court. Attached hereto as Exhibit 5 is a true and correct copy of the Notice of Transcripts filed on October 15, 2014.

    7.     Earlier this afternoon, on December 9, 2014, I timely filed Appellant's Opening Brief with Appendix 1 as Excerpt of the Record in the Appeal to this

Declaration of Rachel Zwernemann in Response to Order to Show Cause Re: Bankruptcy Appeal

Court, Case No. 2:14-cv-07799.  Please refer to Document Number 14 filed in this case.

8.      At all times during this case I followed the instructions set forth in the Notice Regarding Bankruptcy Appeal which was issued by this Court on October 8, 2014 as Document No. 1 and consulted the Federal Rules of Bankruptcy Procedure.

9.      The documents which are listed on the OSC dated November 25, 2014 are as follows: the statement of issues on appeal, the notice re reporter's transcript, and the appeal brief.  Pursuant to the attached documents and the above paragraphs, each document was timely filed with the Bankruptcy Court.  This Court does not lack jurisdiction and the Appellant continues to prosecute this matter with acute regard to the deadlines set forth by this Court.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.

Dated: December 9, 2014

/s/ Rachel Zwernemann
Rachel Zwernemann
rzwernemann@pcc-crs.com
Attorney for the Appellant,
The Best Service Co., Inc.
Law Offices of Clark Garen
(Salaried Employees of The Best Service Co., Inc.)
6700 S. Centinela Ave., 3rd Floor
Culver City, CA 90230
TEL - 310-391-0700

-4-

Declaration of Rachel Zwernemann in Response to Order to Show Cause Re: Bankruptcy Appeal

# EXHIBIT 1

| Attorney or Appellant, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Law offices of Clark Garen<br>Clark Garen SBN 50564/ Rachel Zwernemann SBN 286515<br>(Salaried Employees of the Best Service Co. Inc.)<br>6700 S. Centinela Ave., 3rd Floor<br>Culver City, CA 90230<br>Tel: 310-391-0800; Fax: 310-636-4771<br><br>*Attorney for Appellant*  THE BEST SERVICE CO. INC. | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:  EMILY ANN BAYLEY<br><br><div align="right">Debtor(s).</div> | |
| Last four digits of Social Security Number(s):<br>XXX-XX-7337 | CHAPTER:  13<br>CASE NUMBER:  1:14-BK-10868-VK |
| Employer's Tax Identification No(s) [if any]: | ADVERSARY NUMBER: |

## NOTICE OF APPEAL

1.  NOTICE IS HEREBY GIVEN that the *(check only one box)*  ☐ plaintiff    ☐ defendant or   ☒  other party

    *(specify name of party)*  THE BEST SERVICE CO. INC _____, appeals under 28 U.S.C.

    § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge *(describe judgment, order, or decree)*
    Order on Motion for Intentional Violation
    of the Automatic Stay Against The Best Service Co. Inc _____ entered in this adversary proceeding or other proceeding
    *(describe other proceeding)* The Best Service Co., Inc.    Motion for Violation of the Automatic Stay Against _____ on the

    ___23rd___ day of _____September_____, *(year)* ___2014___.

2.  The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax
    numbers of their respective attorneys are as follows *(print or type names, addresses, telephone, and fax numbers)*:

    Emily Ann Bayley
    c/o
    Kevin T. Simon, Esq.
    Simon Resnik Hayes LLP
    15233 Ventura Blvd. Ste 250
    Sherman Oak, CA 91403
    Tel: 818-783-6251
    Fax: 818-827-4919

    The Best Service Co., Inc.
    c/o
    Clark Garen, Esq.
    Rachel Zwernemann, Esq.
    Law offices of Clark Garen
    (salaried employees of the Best Service Co., Inc.)
    6700 S. Centinela Ave, Third Floor
    Culver City, CA 90230
    Tel: 310-391-0800
    Fax: 310-636-4771
    E-mail: rzwernemann@pcc-crs.com

*(Continued on next page)*

*Revised 05/04*                                                                                    **FORM 17**

| Notice of Appeal - *Page 2* | **FORM 17** |
|---|---|

| In re<br><br>Emily Ann Bayley<br><br>Debtor(s). | CHAPTER:   13<br>1:14-BK-10868-VK<br>CASE NUMBER: |
|---|---|

Dated:  10/2/14

_____
*Signature (Attorney for Appellant or Appellant if not represented
by an Attorney)*

Rachel Zwernemann
_____
*Attorney Name*

6700 S. Centinela Ave., 3rd Flr, Culver City, CA 90230
_____
*Address*

310-391-0800
_____
*Telephone Number*

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court.  The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this Notice of Appeal.  Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Notice of Appeal - *Page 3*

# FORM 17

| In re | CHAPTER: 13 |
|---|---|
| Emily Ann Bayley | 1:14-BK-10868-VK |
| Debtor(s). | CASE NUMBER: |

## PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF Los Angeles

1. I am employed in the County of Los Angeles _____, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:
   6700 S. CENTINELA AVE, THIRD FLOOR, CULVER CITY, CA 90230

2. **Regular Mail Service:** On 10/2/14 _____, I served the documents described as: NOTICE OF APPEAL on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Culver City _____, California, addressed as set forth below.

   Emily Ann Bayley
   c/o Kevin T. Simon, Esq
   Simon Resnik Hayes LLP
   15233 Ventura Blvd. Ste 250
   Sherman Oaks, CA 91403

   Elizabeth (SV) Rojas (TR)
   Noble Professional Center
   15060 Ventura Blvd., Suite 240
   Sherman Oaks, CA 91403

   ☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10-2-14

Nora Martinez
_____
*Typed Name*

_____
*Signature*

EXHIBIT 2

UNITED STATES BANKRUPTCY COURT APPELLATE PANEL
FOR THE 9TH CIRCUIT

---

Bankruptcy Case No. 1:14-bk-10868-VK

---

Emily Ann Bayley,

Debtor.

---

The Best Service Co., Inc.,

Appellant,

v.

Emily Ann Bayley,

Appellee.

---

APPELLANT'S SEPARATE STATEMENT OF ELECTION TO HAVE
THE UNITED STATES DISTRICT COURT HEAR APPEAL

Appellant, The Best Service Co., Inc., hereby elects, pursuant to 28 U.S.C. § 158(c)(1)(a) and Fed. R. Bankr. P. 8001(e), to have the United States District Court for the Central District of California hear this appeal.

Date: October 2, 2014

Rachel Zwernemann
Attorney for the Appellant,
The Best Service Co., Inc.
Law Offices of Clark Garen
(Salaried Employees of The Best Service Co., Inc.)
6700 S. Centinela Ave., 3rd Floor
Culver City, CA 90230
TEL - 310-391-0700
FAX - 310-636-4771
E-MAIL - rzwernemann@pcc-crs.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

6700 S. Centinela Ave., Third Floor, Culver City, CA 90230

A true and correct copy of the foregoing document entitled (*specify*): APPELLANT'S SEPARATE STATEMENT OF
OF ELECTION TO HAVE THE UNITED STATES DISTRICT COURT HEAR APPEAL

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___10/02/2014___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Emily Ann Bayley
c/o
Kevin T. Simon, Esq.
Simon Resnik Hayes LLP
15233 Ventura Blvd. Ste 250
Sherman Oak, CA 91403

Elizabeth (SV) Rojas (TR)
Noble Professional Center
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/02/2014 | Nora Martinez | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                F 9013-3.1.PROOF.SERVICE

EXHIBIT 3

Case No. 2:14-cv-07799-BRO

---

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

---

THE BEST SERVICE CO., INC.,
Appellant,

v.

EMILY ANN BAYLEY
Appellee.

---

APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO DIVISION

Case No. 1:14-bk-10868-VK

---

APPELLANT'S DESIGNATION OF THE RECORD ON APPEAL

Clark Garen SBN 50564
Rachel Zwernemann SBN 286515
Law Offices of Clark Garen
(Salaried Employees of the Best Service Co., Inc.)
6700 S. Centinela Ave., Third Floor
Culver City, CA 90230
Tel: 310-391-0800; Fax: 310-636-4771
E-mail: rzwernemann@pcc-crs.com

Attorneys for Appellant, The Best Service Co., Inc.

1

## APPELLANT'S DESIGNATION OF THE RECORD ON APPEAL

Appellant, The Best Service Co., Inc., by and through its undersigned counsel, submits this Designation of the Record on Appeal pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, with respect to its appeal from the *Order on Motion For Intentional Violation of the Automatic Stay Against the Best Service Co., Inc., Its Successors And/Or Assigns* entered on September 23, 2014 in the above referenced Bankruptcy case. Appellant timely filed in the Bankruptcy Court its Notice of Appeal and Separate Statement of Election to have the United States District Court for the Central District of California hear its appeal on October 2, 2014.

Appellant The Best Service Co., Inc. designates the following items for inclusion in the record on appeal:

| Designation No. | Docket No. | Date Filed | Document(s) Description |
|---|---|---|---|
| 1 | 30 | 4/28/2014 | Motion For Sanctions for Violation of the Automatic Stay *MOTION FOR INTENTIONAL VIOLATION OF THE AUTOMATIC STAY AGAINST THE BEST SERVICE CO., INC., ITS SUCCESSORS AND/OR ASSIGNS; REQUEST LEVY BE RELEASED AND ATTORNEY FEES IN THE AMOUNT OF $2,500.00 BE AWARDED TO DEBTOR; DECLARATIONS IN SUPPORT THEREOF WITH PROOF OF SERVICE Filed by* |

2

|   |   |   | Debtor Emily Ann Bayley (Simon, Kevin) (Entered: 04/28/2014) |
|---|---|---|---|
| 2 | 31 | 4/28/2014 | Notice of motion/application *with proof of service* Filed by Debtor Emily Ann Bayley (RE: related document(s)30 Motion For Sanctions for Violation of the Automatic Stay *MOTION FOR INTENTIONAL VIOLATION OF THE AUTOMATIC STAY AGAINST THE BEST SERVICE CO., INC., ITS SUCCESSORS AND/OR ASSIGNS; REQUEST LEVY BE RELEASED AND ATTORNEY FEES IN THE AMOUNT OF $2,500.00 BE AWARDED TO THE DEBTOR; DECLARATIONS IN SUPPORT THEREOF WITH PROOF OF SERVICE* Filed by Debtor Emily Ann Bayley). (Simon, Kevin) (Entered: 04/28/2014) |
| 3 | 32 | 4/28/2014 | Hearing Set (RE: related document(s)30 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Emily Ann Bayley) The Hearing date is set for 6/3/2014 at 01:30 PM at Crtrm 301, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Victoria S. Kaufman (Bever, Sabine) (Entered: 04/29/2014) |
| 4 | 47 | 5/27/2014 | Opposition to (related document(s): 30 Motion For Sanctions for Violation of the Automatic Stay *MOTION FOR INTENTIONAL VIOLATION OF THE AUTOMATIC STAY AGAINST THE BEST SERVICE CO., INC., ITS SUCCESSORS AND/OR ASSIGNS; REQUEST LEVY BE RELEASED AND ATTORNEY FEES IN THE AMOUNT OF $2,500 filed by Debtor Emily Ann Bayley) Filed by Creditor The Best Service Co. Inc. (Lawrence, Greg) (Entered: 05/27/2014)* |
| 5 | 49 | 6/3/2014 | Opposition to (related document(s): 30 Motion For Sanctions for Violation of the Automatic Stay *MOTION FOR* |

| | | | *INTENTIONAL VIOLATION OF THE AUTOMATIC STAY AGAINST THE BEST SERVICE CO., INC., ITS SUCCESSORS AND/OR ASSIGNS; REQUEST LEVY BE RELEASED AND ATTORNEY FEES IN THE AMOUNT OF $2,500 filed by Debtor Emily Ann Bayley) Filed by Creditor The Best Service Co. Inc. (Lawrence, Greg) (Entered: 05/27/2014)* |
|---|---|---|---|
| 6 | 56 | 6/12/2014 | Declaration re: *Declaration of Kevin T. Simon re: Damages in the amount of $4,103.48 with regard to motion for intentional violation of the automatic stay against the best service co., inc., its successos and/or assigns with proof of service* Filed by Debtor Emily Ann Bayley. (Simon, Kevin) (Entered: 06/12/2014) |
| 7 | 57 | 6/17/2014 | Reply to (related document(s): 30 Motion For Sanctions for Violation of the Automatic Stay *MOTION FOR INTENTIONAL VIOLATION OF THE AUTOMATIC STAY AGAINST THE BEST SERVICE CO., INC., ITS SUCCESSORS AND/OR ASSIGNS; REQUEST LEVY BE RELEASED AND ATTORNEY FEES IN THE AMOUNT OF $2,500 filed by Debtor Emily Ann Bayley) Offer of Compromise Pursuant to Rule 7068* Filed by Creditor The Best Service Co. Inc. (Lawrence, Greg) (Entered: 06/17/2014) |
| 8 | 58 | 7/24/2014 | Opposition to (related document(s): 30 Motion For Sanctions for Violation of the Automatic Stay *MOTION FOR INTENTIONAL VIOLATION OF THE AUTOMATIC STAY AGAINST THE BEST SERVICE CO., INC., ITS SUCCESSORS AND/OR ASSIGNS; REQUEST LEVY BE RELEASED AND ATTORNEY FEES IN THE AMOUNT OF $2,500 filed by Debtor Emily Ann Bayley, 56 Declaration filed by Debtor Emily Ann Bayley, 57 Reply filed by* |

4

| | | | |
|---|---|---|---|
| | | | *Creditor The Best Service Co. Inc.)* *Supplemental Opposition to Debtor's Motion for Sanctions for Violation of Automatic Stay; with proof of service Filed by Creditor The Best Service Co. Inc. (Lawrence, Greg) (Entered: 07/24/2014)* |
| 9 | 59 | 7/28/2014 | Reply to (related document(s): 58 Opposition filed by Creditor The Best Service Co. Inc.) *with proof of services* Filed by Debtor Emily Ann Bayley (Simon, Kevin) (Entered: 07/28/2014) |
| 10 | 60 | 7/30/2014 | Notice of Change of Address *with proof of service* Filed by Creditor The Best Service Co. Inc.. (Zwernemann, Rachel) (Entered: 07/30/2014) |
| 11 | 61 | 9/11/2014 | Notice of lodgment *with proof of service* Filed by Debtor Emily Ann Bayley (RE: related document(s)30 Motion For Sanctions for Violation of the Automatic Stay *MOTION FOR INTENTIONAL VIOLATION OF THE AUTOMATIC STAY AGAINST THE BEST SERVICE CO., INC., ITS SUCCESSORS AND/OR ASSIGNS; REQUEST LEVY BE RELEASED AND ATTORNEY FEES IN THE AMOUNT OF $2,500.00 BE AWARDED TO THE DEBTOR; DECLARATIONS IN SUPPORT THEREOF WITH PROOF OF SERVICE* Filed by Debtor Emily Ann Bayley). (Simon, Kevin) (Entered: 09/11/2014) |
| 12 | 62 | 9/23/2014 | Order Granting Motion For Sanctions for Violation of the Automatic Stay (BNC-PDF) (Related Doc # 30 ) Signed on 9/23/2014 (Ogier, Kathy) (Entered: 09/23/2014) |
| 13 | 63 | 9/24/2014 | Proof of service Filed by Debtor Emily Ann Bayley (RE: related document(s)62 Order on Motion for Sanctions for Violation of the Automatic Stay (BNC-PDF)). (Simon, Kevin) (Entered: 09/24/2014) |

| 14 | 65 | 9/25/2014 | BNC Certificate of Notice - PDF Document. (RE: related document(s)62 Order on Motion for Sanctions for Violation of the Automatic Stay (BNC-PDF)) No. of Notices: 1. Notice Date 09/25/2014. (Admin.) (Entered: 09/25/2014) |
| 15 | 66 | 9/30/2014 | Transcript Order Form, regarding Hearing Date 09/09/14 Filed by Creditor The Best Service Co. Inc. (RE: related document(s)30 Motion For Sanctions for Violation of the Automatic Stay *MOTION FOR INTENTIONAL VIOLATION OF THE AUTOMATIC STAY AGAINST THE BEST SERVICE CO., INC., ITS SUCCESSORS AND/OR ASSIGNS; REQUEST LEVY BE RELEASED AND ATTORNEY FEES IN THE AMOUNT OF $2,500). (Zwernemann, Rachel) (Entered: 09/30/2014)* |
| 16 | 67 | 9/30/2014 | Transcript Order Form, regarding Hearing Date 06/03/14 Filed by Creditor The Best Service Co. Inc. (RE: related document(s)30 Motion For Sanctions for Violation of the Automatic Stay *MOTION FOR INTENTIONAL VIOLATION OF THE AUTOMATIC STAY AGAINST THE BEST SERVICE CO., INC., ITS SUCCESSORS AND/OR ASSIGNS; REQUEST LEVY BE RELEASED AND ATTORNEY FEES IN THE AMOUNT OF $2,500). (Zwernemann, Rachel) (Entered: 09/30/2014)* |
| 17 | 70 | 10/2/2014 | Notice of Appeal USDC Court. *with proof of service*. Fee Amount $298 Filed by Creditor The Best Service Co. Inc. (RE: related document(s)62 Order on Motion for Sanctions for Violation of the Automatic Stay (BNC-PDF)). Appellant Designation due by 10/16/2014. (Zwernemann, Rachel) (Entered: 10/02/2014) |
| 18 | 71 | 10/2/2014 | Election to Appeal to District Court *with proof of service* Filed by Creditor The Best |

| | | | Service Co. Inc. (RE: related document(s)70 Notice of Appeal). (Zwernemann, Rachel) (Entered: 10/02/2014) |
|---|---|---|---|
| 19 | 72 | 10/2/2014 | Application shortening time *with proof of service* Filed by Creditor The Best Service Co. Inc. (Attachments: # 1 Declaration in Support of Application for Order Setting Hearing on Shortened Notice # 2 Proposed Order) (Zwernemann, Rachel) (Entered: 10/02/2014) |
| 20 | 73 | 10/2/2014 | Motion To Stay Pending Appeal (related documents 72 Application shortening time) Filed by Creditor The Best Service Co. Inc. (Attachments: # 1 Declaration of Rachel Zwernemann in Support of Motion to Stay Pending Appeal # 2 Proof of Service) (Zwernemann, Rachel) (Entered: 10/02/2014) |
| 21 | 74 | 10/3/2014 | Notice of lodgment *with proof of service* Filed by Creditor The Best Service Co. Inc. (RE: related document(s)72 Application shortening time *with proof of service* Filed by Creditor The Best Service Co. Inc. (Attachments: # 1 Declaration in Support of Application for Order Setting Hearing on Shortened Notice # 2 Proposed Order)). (Zwernemann, Rachel) (Entered: 10/03/2014) |
| 22 | 75 | 10/6/2014 | Order Denying Motion For Stay Pending Appeal (BNC-PDF) (Related Doc # 73) Signed on 10/6/2014. (Garcia, Patty) (Entered: 10/06/2014) |
| 23 | 76 | 10/7/2014 | Transcript regarding Hearing Held 09/09/14 RE: In Re: Emily Ann Bayley. Remote electronic access to the transcript is restricted until 01/5/2015. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access |

| | | | restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Ben Hyatt Certified Deposition Reporters, Telephone number 888-272-0022.]. Notice of Intent to Request Redaction Deadline Due By 10/14/2014. Redaction Request Due By 10/28/2014. Redacted Transcript Submission Due By 11/7/2014. Transcript access will be restricted through 01/5/2015. (Hyatt, Mitchell) (Entered: 10/07/2014) |
|---|---|---|---|
| 24 | 77 | 10/7/2014 | Transcript regarding Hearing Held 06/03/14 RE: In Re: Emily Ann Bayley. Remote electronic access to the transcript is restricted until 01/5/2015. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Ben Hyatt Certified Deposition Reporters, Telephone number 888-272-0022.]. Notice of Intent to Request Redaction Deadline Due By 10/14/2014. Redaction Request Due By 10/28/2014. Redacted Transcript Submission Due By 11/7/2014. Transcript access will be restricted through 01/5/2015. (Hyatt, Mitchell) (Entered: 10/07/2014) |
| 25 | 78 | 10/7/2014 | Notice of referral of appeal to U. S. District Court with certificate of mailing (RE: related document(s)70 Notice of Appeal filed by Creditor The Best Service Co. Inc.) (Attachments: # 1 Notice of Transcript # 2 Transcript order form) (Espino, Cecilia) (Entered: 10/07/2014) |
| 26 | 79 | 10/8/2014 | BNC Certificate of Notice - PDF Document. (RE: related document(s)75 Order on Motion To Stay Pending Appeal (BNC-PDF)) No. of Notices: 1. Notice Date 10/08/2014. (Admin.) (Entered: 10/08/2014) |

| 27 | 80 | 10/9/2014 | Motion *Motion for Order to show Cause re: Non payment of Funds totaling $4,527.18 pursuant to entered order; memorandum of point and authorities and of declaration of Kevin T. Simon in support thereof with proof of service* Filed by Debtor Emily Ann Bayley (Simon, Kevin) (Entered: 10/09/2014) |
| 28 | 81 | 10/9/2014 | Notice of motion/application *with proof of services* Filed by Debtor Emily Ann Bayley (RE: related document(s)80 Motion *Motion for Order to show Cause re: Non payment of Funds totaling $4,527.18 pursuant to entered order; memorandum of point and authorities and of declaration of Kevin T. Simon in support thereof with proof of service* Filed by Debtor Emily Ann Bayley). (Simon, Kevin) (Entered: 10/09/2014) |
| 29 | 82 | 10/10/2014 | Hearing Set (RE: related document(s)80 Generic Motion filed by Debtor Emily Ann Bayley) The Hearing date is set for 11/4/2014 at 01:30 PM at Crtrm 301, 21041 Burbank Blvd, Woodland Hills, CA 91367. The case judge is Victoria S. Kaufman (Ogier, Kathy) (Entered: 10/10/2014) |
| 30 | 83 | 10/15/2014 | Proof of service *Amended* Filed by Debtor Emily Ann Bayley (RE: related document(s)80 Motion *Motion for Order to show Cause re: Non payment of Funds totaling $4,527.18 pursuant to entered order; memorandum of point and authorities and of declaration of Kevin T. Simon in support thereof with proof of service*, 81 Notice of motion/application). (Simon, Kevin) (Entered: 10/15/2014) |
| 31 | -- | -- | Transcript of 6/3/2014 Hearing Re: Debtor's Motion for Intentional Violation - Ordered from Ben Hyatt Court Reporters on 9/30/2014 |
| 32 | -- | -- | Transcript of 9/9/2014 Cont'd Hearing Re: |

| | | | Debtor's Motion for Intentional Violation – Ordered from Ben Hyatt Court Reporters on 9/30/2014 |

October 15, 2014                          THE BEST SERVICE CO., INC.

                                          By its attorneys:

                                          Rachel Zwernemann SBN 286515
                                          Clark Garen SBN 50564
                                          Law Offices of Clark Garen
                          (Salaried Employees of the Best Service Co., Inc.)
                                          6700 S. Centinela Ave., Third Floor
                                          Culver City, CA 90230
                                          Tel: 310-391-0800; Fax: 310-636-4771
                                          E-mail: rzwernemann@pcc-crs.com

                          Attorneys for Appellant, The Best Service Co., Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

6700 S. Centinela Ave., Third Floor, Culver City, CA 90230

A true and correct copy of the foregoing document entitled (*specify*): Appellant's Designation of The Record On Appeal

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/15/2014          , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    Elizabeth (SV) Rojas (TR) United States Trustee - cacb_ecf_sv@ch13wla.com, ustpregion16.wh.ecf@usdoj.gov
Kevin T. Simon atty for Emily Ann Bayley - kevin@srhlawfirm.com, ktsecf@gmail.com; John Rafferty atty for Creditor J.P. Morgan - john.rafferty@buckleymadole.com; Cassandra J Richey on behalf of Creditor Courtesy NEF - cmartin@pralc.com; Kendrick Stribling atty for Creditor BANK OF AMERICA - kendrick.stribling@bankofamerica.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)   10/15/2014          , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    Emily Ann Bayley, c/o Kevin T. Simon
Simon Resnik Hayes LLP
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)                   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/15/2014 | Rachel Zwernemann | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 4

Case No. 2:14-cv-07799-BRO

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

THE BEST SERVICE CO., INC.,
Appellant,

v.

EMILY ANN BAYLEY
Appellee.

APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO DIVISION

Case No. 1:14-bk-10868-VK

APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Clark Garen SBN 50564
Rachel Zwernemann SBN 286515
Law Offices of Clark Garen
(Salaried Employees of the Best Service Co., Inc.)
6700 S. Centinela Ave., Third Floor
Culver City, CA 90230
Tel: 310-391-0800; Fax: 310-636-4771
E-mail: rzwernemann@pcc-crs.com

Attorneys for Appellant, The Best Service Co., Inc.

1

## APPELLANT'S STATEMENT OF ISSUES

## TO BE PRESENTED ON APPEAL

Appellant, The Best Service Co., Inc., by and through its undersigned counsel, submits this Statement of Issues on Appeal pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, with respect to its appeal from the *Order on Motion For Intentional Violation of the Automatic Stay Against the Best Service Co., Inc., Its Successors And/Or Assigns* entered on September 23, 2014 in the above referenced Bankruptcy case. Appellant timely filed in the Bankruptcy Court its Notice of Appeal and Separate Statement of Election to have the United States District Court for the Central District of California hear its appeal on October 2, 2014.

The Best Service Co., Inc.'s Appeal seeks to address the following issues:

1.     In its order of September 23, 2014, did the Bankruptcy Court err in granting Debtor Emily Ann Bayley's Motion for Intentional Violation of the Automatic Stay Against The Best Service Co., Inc.?

/ / /

/ / /

2.     In its order of September 23, 2014, did the Bankruptcy Court err in ordering The Best Service Company, Inc. to pay compensatory damages in the amount of $4,527.18 made payable to Simon Resnik Hayes LLP within 14 days of entry of the order?

3.     Did the Bankruptcy Court properly conclude that The Best Service Co., Inc. intentionally violated the Automatic Stay when during the Automatic Stay created after the filing of Emily Ann Bayley's Bankruptcy, the Debtor's attorney demanded The Best Service Co., Inc. to instruct the levying officer to release pre-petitioned funds held by the levying officer without the Debtor first obtaining an order from the Bankruptcy Court directing the levying officer to turnover funds?

4.     Does the Automatic Stay require a creditor to comply with a request by the attorney for the bankrupt to instruct the Los Angeles County Sheriff as the levying officer in possession of funds *in custodia legis* to turnover the funds held directly to the debtor without first obtaining a specific order from the Bankruptcy Court specifically authorizing such turnover?

5.     Is it an intentional violation of the automatic stay for a creditor to refuse to comply with a request by the attorney for the bankrupt to instruct the Los Angeles County Sheriff as the levying officer in possession of funds *in custodia*

3

*legis* to turnover the funds held directly to the debtor without first obtaining a specific order from the Bankruptcy Court specifically authorizing such turnover?

6.      Was the finding of the Bankruptcy Court that The Best Service Company intentionally violated the automatic stay by refusing to comply with a request by the attorney for the bankrupt to instruct the Los Angeles County Sheriff as the levying officer in possession of funds *in custodia legis* and turnover the funds held directly to the debtor without first obtaining a specific order from the Bankruptcy Judge specifically authorizing such turnover an abuse of discretion when a published opinion of a Judge of the Central District of California holds that complying with this request would itself constitute a violation of the automatic stay?

7.      Was the refusal of the Bankruptcy Court to follow a published opinion of a Judge of the Central District of California on the grounds that it was an old 1974 case even though there had been no change in the law or issuance of controlling and contradictory precedent from any other court in the Ninth Circuit an abuse of discretion?

8.      Was the decision of the Bankruptcy Court to reward the attorneys for the bankrupt with attorney fees for initiating this extensive litigation when a simple *Ex Parte* application to the Bankruptcy Court directing the Los Angeles County

Sheriff as the levying officer to release the funds *in custodia legis* to the bankrupt

an abuse of discretion?


October 15, 2014                                    THE BEST SERVICE CO., INC.

                                                   By its attorneys:

                                                   Rachel Zwernemann SBN 286515
                                                   Clark Garen SBN 50564
                                                   Law Offices of Clark Garen
                                   (Salaried Employees of the Best Service Co., Inc.)
                                                   6700 S. Centinela Ave., Third Floor
                                                   Culver City, CA 90230
                                                   Tel: 310-391-0800; Fax: 310-636-4771
                                                   E-mail: rzwernemann@pcc-crs.com

                                   Attorneys for Appellant, The Best Service Co., Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

6700 S. Centinela Ave., Third Floor, Culver City, CA 90230

A true and correct copy of the foregoing document entitled (*specify*): Appellant's Statement of Issues to Be Presented on Appeal

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/15/2014 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Elizabeth (SV) Rojas (TR) United States Trustee - cacb_ecf_sv@ch13wla.com, ustpregion16.wh.ecf@usdoj.gov
Kevin T. Simon atty for Emily Ann Bayley - kevin@srhlawfirm.com, ktsecf@gmail.com; John Rafferty atty for Creditor J.P. Morgan - john.rafferty@buckleymadole.com; Cassandra J Richey on behalf of Creditor Courtesy NEF - cmartin@pralc.com; Kendrick Stribling atty for Creditor BANK OF AMERICA - kendrick.stribling@bankofamerica.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/15/2014 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Emily Ann Bayley, c/o Kevin T. Simon
Simon Resnik Hayes LLP
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/15/2014 | Rachel Zwernemann | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

EXHIBIT 5

| Attorney or Party Name, Address and Telephone Number:<br>Rachel Zwernemann SBN 286515<br>Law Offices of Clark Garen (Salaried Employees<br>of The Best Service Co., Inc.)<br>6700 S. Centinela Ave., 3rd. Flr.<br>Culver City, CA 90230<br>Phone: 310-391-0800<br>Attorney for: The Best Service Co. Inc. | FOR COURT USE ONLY |
| --- | --- |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: Emily Ann Bayley | CASE NO.: 1:14-bk-10868-   VK |
| --- | --- |
| | CHAPTER: 13 |
| | **NOTICE OF TRANSCRIPT(S)** |
| Debtor(s). | DATE NOTICE OF<br>APPEAL FILED: 10/2/14 |

**TO:    CLERK, U. S. BANKRUPTCY COURT AND OTHER PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that the following action has been taken:

[   ]    I do not intend to designate any portion of the transcript(s) and will notify all counsel of this intention.

[ ✓ ]    As retained counsel (or litigant proceeding in pro per), I have requested a copy of the below-referenced transcript(s) and guarantee payment of the cost thereof upon demand.  I further agree to pay for work done prior to cancellation of the order.

| **DATE TRANSCRIPT(S) ORDERED** | **FOR HEARING DATE(S)** |
| --- | --- |
| 9/30/2014 | 6/3/2014 |
| 9/30/2014 | 9/9/2014 |
| | |

**DATED:** 10/15/14

Signature

### *SPECIAL INSTRUCTIONS*

**THIS IS NOT AN ORDER FOR A TRANSCRIPT.**  To order a transcript, please use the Court approved TRANSCRIPT ORDER FORM.

The original and 2 copies of this Notice, accompanied by a Proof of Service on opposing counsel, are to be filed with the U. S. Bankruptcy Court within 14 days of the filing of the Notice of Appeal.

---

### NOTICE OF TRANSCRIPT(S) (Bankruptcy)

APPEALS:  NTC-TSC.BK (Revised 2/2010)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

6700 S. Centinela Ave., Third Floor, Culver City, CA 90230

A true and correct copy of the foregoing document entitled (*specify*): Notice of Transcripts _____

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/15/2014 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Elizabeth (SV) Rojas (TR) United States Trustee - cacb_ecf_sv@ch13wla.com, ustpregion16.wh.ecf@usdoj.gov
Kevin T. Simon atty for Emily Ann Bayley - kevin@srhlawfirm.com, ktsecf@gmail.com; John Rafferty atty for Creditor J.P. Morgan - john.rafferty@buckleymadole.com; Cassandra J Richey on behalf of Creditor Courtesy NEF - cmartin@pralc.com; Kendrick Stribling atty for Creditor BANK OF AMERICA - kendrick.stribling@bankofamerica.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  10/15/2014 _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Emily Ann Bayley, c/o Kevin T. Simon
Simon Resnik Hayes LLP
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/15/2014 | Rachel Zwernemann | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**