Clark Garen SBN 50564
clarkgaren@msn.com
Rachel Zwernemann SBN 286515
rzwernemann@pcc-crs.com
LAW OFFICES OF CLARK GAREN
(salaried employees of The Best Service Co. Inc.)
6700 S. Centinela Ave., Third Floor
Culver City, CA 90230
PHONE - (310) 391-0800; FAX - (310)-636-4771

Attorneys for Creditor,
THE BEST SERVICE CO., INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>EMILY ANN BAYLEY,<br><br>Debtor.<br>_____<br>THE BEST SERVICE CO., INC.,<br><br>Appellant-Creditor,<br><br>vs.<br><br>EMILY ANN BAYLEY,<br><br>Appellee-Debtor.<br>_____ | Case No.: 2:14-cv-07799-BRO<br><br>**REPRESENTATION STATEMENT SUPPORTING APPELLANT CREDITOR'S NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS** |

-1-
REPRESENTATION STATEMENT

# REPRESENTATION STATEMENT

The undersigned represents Appellant-Creditor and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Appellant-Creditor submits this Representation Statement. The following list identifies all parties to the action and their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Appellant-Creditor, The Best Service Co., Inc. | Clark Garen (SBN 50564)<br>Email: clarkgaren@msn.com<br>Rachel Zwernemann (SBN 286515)<br>Email: rzwernemann@pcc-crs.com<br>LAW OFFICES OF CLARK GAREN<br>(Salaried Employees of The Best Service Co., Inc.)<br>6700 S. Centinela Ave., Third Floor<br>Culver City, CA 90230<br>Tel: (310) 391-0800<br>Fax: (310) 636-4771 |
| Appellee-Debtor, Emily Ann Bayley | Kevin T. Simon (SBN 180967)<br>Email: kevin@SRHlawfirm.com<br>Matthew D. Resnik (SBN 182562)<br>Email: matt@SRHlawfirm.com<br>Donna R. Dishbak (SBN 259311)<br>Email: donna@SRHlawfirm.com<br>SIMON RESNIK HAYES LLP<br>15233 Ventura Blvd., Ste 250<br>Sherman Oaks, CA 91403<br>Tel: 818-783-6251<br>Fax: 818-783-6253 |

Dated: January 23, 2015              LAW OFFICES OF CLARK GAREN

                                                       /s/ Rachel Zwernemann
                                                       Rachel Zwernemann
                                                  Attorneys for Appellant-Creditor